**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATONAL UNION - INDUSTRY PENSION FUND, an Employee Benefit Plan; and WALTER B. BLAKE and ANTHONY M. PERRONE, in their capacities as Plan Trustees,<br><br>                    Plaintiffs,<br><br>vs.<br><br>JEREMY'S MARKET AND MEATS, LLC,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Cause No.:  15-398<br>)<br>)<br>)<br>)<br>) |

## REGISTRATION OF FOREIGN JUDGMENT

**COME NOW** Plaintiffs, United Food and Commercial Workers International Union-Industry Pension Fund, an Employee Benefit Plan, and Walter B. Blake and Anthony M. Perrone, in their capacities as Plan Trustees, by and through their attorneys, and pursuant to 28 U.S.C. § 1963 register the Judgment entered <u>United Food and Commercial Workers International Union-Industry Pension Fund, an Employee Benefit Plan, and Walter B. Blake and Anthony M. Perrone, in their capacities as Plan Trustees vs. Jeremy's Market and Meats, LLC</u>., U.S. District Court for the Northern District of Illinois, Case No. 1:14-CV-08519.  Attached hereto as Exhibit A is a certified copy of the Judgment.

**WHEREFORE**, Plaintiffs respectfully request the Judgment of the U.S. District Court for the Northern District of Illinois, in favor of Plaintiffs and against Defendants, be registered in the U.S. District Court for the Eastern District of Missouri for the purposes of legal execution.

Respectfully submitted,

SCHUCHAT, COOK & WERNER


 */s/ Natalie J. Teague*
Natalie J. Teague (EDMO: 61297MO)
Matthew B. Leppert (EDMO: 52815 MO)
Attorneys for Plaintiffs /Judgment Creditors
1221 Locust Street, Second Floor
St. Louis, MO  63103
(314) 621-2626
FAX: (314) 621-2378
njt@schuchatcw.com
mbl@schuchatcw.com

623575.doc